# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1160

_____

G. S., Mother of K.L.S. and
M.L.H., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Steven Christopher Warrick, Judge.

December 16, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jennifer Walker Cogdill, Fleming Island, for Appellant.

Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee; Rachel Batten, Appellate Attorney, Children's Legal Services, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.